UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

__Keith Molineaux__                              __30134__

*(Enter above the full name of the plaintiff*     *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                      CIVIL ACTION NO. __2:12-1346__
                                *(Number to be assigned by Court)*

__Soraya McClung, D.R. Francis, Stephen King,__
__Clarence R. Lane and T.G. White__

*(Enter above the full name of the defendant*
*or defendants in this action)*

FILED
APR 30 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

         Yes __✓__        No ____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Keith Martin Molineaux

   Defendants: Director, Soraya McClung, D.R. Fransic, Stephen King, C.R. Lane, T.G. White,

2. Court (if federal court, name the district; if state court, name the county);

   Fayette county circuit court and United States District court of Charleston

3. Docket Number: 2:11-CV-00811

4. Name of judge to whom case was assigned:

   Thomas E. Johnson

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Still pending

6. Approximate date of filing lawsuit: 10/31/11

7. Approximate date of disposition: Still pending

2

II. Place of Present Confinement: _____

    A. Is there a prisoner grievance procedure in this institution?

        Yes _____ No ✓

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____ No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: _IT Dose not envolve this prison_

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: _Keith Martin Molineaux, Jr_

       Address: _One Mountainside Way Mt. Olive, W.V. 25185_

    B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Soraya McClung

is employed as: Director of Forensic Laboratory

at 725 Jefferson Road, South Charleston, W.V 25309

D. Additional defendants: D.B. Francis, Stephen King, Clarence R. Lane, T.G. White

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I filed re-filed a civil subpoena in the circuit court of Fayett county circuit court. Along with a Freedom of Information Act. Requesting only the complete Chain-of-custody from that laboratory on November 15, 2010 I receive only part of test results. for example Look at the case submission form dated April 12, 2001 then look at the laboratory test result dated April 18, 2002 Well what was sent to the Laboratory to be tested

IV.  Statement of Claim (continued):

which was sign for by Forensic Expert was not what was on the test results. Along with this other reports are missing such as the clothing, box of bullets, Marijuana etc. I have reports items that was submitted and test results of only part of what was sent to the laboratory. They refuse to send the plaintiff the complete chain-of-custody even after the plaintiff shawed cause and explain how important it is to the Plaintiff pending Habeas. They refuse to acknowledge my request. When all I Ask for is "Simple" sign documentation of the Chain-of-Custody to show the complete record of every item submitted to be tested over (10) ten years ago.

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

All I REQUEST FROM THIS HONORABLE COURT IS TO ORDER THE WEST VIRGINIA STATE FOR-ENSIC LAboratory Director Soraya McClung and it's agency experts TO Submit to the United State District Court a complete Copy of the CHAIN-OF-CUSTODY TO Put AN END TO THIS Confussion. My Goal is not to Ask for nothing but the complete chain-of-custody of every item submitted to that laboratory to be tested in the Following cases submitted along with this Federal Complaint. because all cases are considered one.

5

V.   Relief (continued)):

I only ask that the laboratory hand over every report requested in my civil subpoena filed on April 10, 2012. I have proof that clothing along with other items was tested at that laboratory. It's important that the court order them to mail it to the court not to plaintiff to avoid any missunderstanding of this issue and the court mail it to the plaintiff. If they fail to hand over these documents I ask the court to appoint counsel and a jury hearing in this matter

VII.  Counsel

A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____N/A_____

B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ✓    No ____

If so, state the name(s) and address(es) of each lawyer contacted:

___Sxx D. Adrain Hoosier, (Sam Baxter in Md)___
___a lot of attorneys my guess is because I have no money.___

If not, state your reasons:  ___Say he dont have right to do___
___Federal law___

C.   Have you previously had a lawyer representing you in a civil action in this court?

Yes ____    No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                         (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7